Ryan B. Hancey (9101)
J. Adam Knorr (15183)
KESLER & RUST
68 S. Main St., Ste. 200
Salt Lake City, UT  84101
Telephone: (801) 532-8000
rhancey@keslerrust.com
aknorr@keslerrust.com
*Attorneys for Perry and Associates, Inc.*

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **PERRY AND ASSOCIATES, INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>**A4 CONSTRUCTION COMPANY, INC.**, a Utah corporation, **SHAWN M. ANDERSON**, an individual, **AMY M. ANDERSON**, an individual,<br><br>Defendants.<br><br>*Et al.* | **STIPULATED MOTION FOR DISMISSAL OF LAWSUIT**<br><br>Case No. 2:22-cv-00280-TC-DBP<br><br>Judge Tena Campbell<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff perry and Associates, Inc. and Defendants A4 Construction Company, Inc., Shawn M. Anderson, and Amy M. Anderson, by and through undersigned counsel, hereby jointly stipulate and move for the dismissal of this lawsuit, and of all claims asserted in it, without prejudice, with each party to bear its own attorney's fees and costs.

DATED this 21st day of October 2025.

          **KESLER & RUST**

          /s/ Ryan B. Hancey

          Ryan B. Hancey
          *Attorneys for Perry and Associates, Inc.*

DATED this 21st day of October 2025.

          **NELSON SNUFFER DAHLE & POULSEN PC**

          /s/ William T. Jennings (electronically signed by Ryan B. Hancey with permission via email)

          William T. Jennings
          *Attorneys for A4 Construction Company, Inc., Shawn M. Anderson, and Amy M. Anderson*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be delivered via the Court's electronic filing system a true and correct copy of the foregoing **STIPULATED MOTION FOR DISMISSAL OF LAWSUIT** to all counsel of record on this 22nd day of October, 2025.

/s/ Mckenzie Ujhely